

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JV/LZ
F. #2021R00723

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 9, 2022

By ECF

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Tae Jung Kim
             Criminal Docket No. 22-343 (LDH) (VMS)

Dear Judge Scanlon:

      The government writes concerning the plea hearing scheduled for August 12, 2022 in the above-referenced matter. The plea hearing was scheduled by the Court on August 2, 2022. On August 9, 2022, the undersigned Assistant U.S. Attorneys spoke by telephone with defense counsel and learned that defense counsel was unaware of the hearing, and is unavailable on August 12, 2022. Defense counsel said that he will be available for a hearing on August 29, 2022. Accordingly, the parties request that the plea hearing currently scheduled for August 12, 2022 be adjourned until August 29, 2022. The parties will separately submit a joint request to exclude time.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:     /s/ Laura Zuckerwise
      Laura Zuckerwise
      John Vagelatos
      Assistant U.S. Attorneys
      (718) 254-6204

cc:    Clerk of the Court (by ECF and Email)
      Defense counsel (by ECF and Email)