# Nathan Dembin, esq

Hon. Judge DeLacy Hall
District Judge — Eastern District
Attention Ct., Deputy Erica M Williams.

#22Cr-343;re Taejung Kim, Defendant

Dear Deputy Williams,

Pursuant to the Courts request to clarify today's teleconference with my client Dr. Kim and the prosecution and his understanding I again went over in detail the process and substance of tomorrow's appearance for arraignment on the information. Dr. Kim said he was confused because he believed the interpreter meant that tomorrow at 12 PM would be another teleconference.

I again explained to Dr. Kim that he must appear and be represented by counsel. He understands and agrees and consents to be represented by substitute counsel that will be appointed by the court for that limited purpose, leaving my representation intact as he is entirely satisfied with that continuing especially given our long association and hopeful resolution.

He further understands that he will learn specific charges against him filed in the prosecution's information and understands and consents to giving up his right to proceed by indictment. He understands the distinction between an information by the prosecution and an indictment by Grand Jury and what is involved in that.

He intends to plead not guilty on tomorrow's appearance and seek an adjournment as was agreed with the prosecution to deal with resolution.

Thank you for your cooperation and courtesies,

very truly yours,

*[signature]*

Nathan Dembin